[No. 13962-6-II.   Division Two.   March 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANA L. BARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00232-7, Philip W. Borst, J., entered April 30, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 13901-4-II.   Division Two.   March 26, 1992.]

*In the Matter of the Marriage of* SHEILAH MANKE, *Appellant, and* LARRY J. MANKE, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 85-3-00152-1, Patricia Morgan, J. Pro Tem., entered April 11, 1990. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 11062-1-III.   Division Three.   March 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL ENUEZ ESCOBAR, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-01022-3, F. James Gavin, J., entered August 17, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.